M/D 1

IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA

Ronald Vincent Williams ) #239426  Pro/se
_____ )
Full name and prison name of )
Plaintiff(s) )
 )  2:17-CV-146-WKW
 )
v. )  CIVIL ACTION NO. Medical Need
Corizon Health Care, et. al.) (To be supplied by Clerk of U.S. District
 ) Court)
Mr. Walter Myers, Warden; )
Mr. Dr. Darbouze, Doctor; )  "Eighth Amendment Violation
Ms. Wilson - R.N. Nurse )   of the U.S.C.
Ms. Payne - Nurse )  Deliberate Indifference
_____ )  Cruel and Unusual Punishment"
Name of person(s) who violated your )
constitutional rights. (List the names )
of all the person.) )

I.  PREVIOUS LAWSUITS
   A.  Have you begun other lawsuits in state or federal court dealing with the same or similar facts involved in this action? YES ☑  No ☐

   B.  Have you begun other lawsuits in state or federal court relating to your imprisonment? YES ☑  NO ☐

   C.  If your answer to A or B is yes, describe each lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same outline.)

       1.  Parties to this previous lawsuit:
           Plaintiff(s) Ronald Vincent Williams

           Defendant(s) Mr. Joseph Womble, et.al., Mr. Phil Bryant et.al., Mr. Walter Myers, et.al.,

       2.  Court (if federal court, name the district; if state court, name the county)
           Middle District of AL. Northern Division

3. Docket number 2:15cv729 WKW, 2:16cv198 MHT, 2:16cu-110 MHT;
4. Name of judge to whom case was assigned Terry F. Moorer

5. Disposition (for example: was the case dismissed? Was it appealed? Is it still pending?) Still Pending

6. Approximate date of filing lawsuit August 2015

7. Approximate date of disposition _____

II. PLACE OF PRESENT CONFINEMENT Easterling Corr. Fac. 200 Wallace Dr. Clio, Al. 36017

PLACE OR INSTITUTION WHERE INCIDENT OCCURRED Health Care Providers Easterling Corr. Fac. 200 Wallace dr. Clio, Al. 36017

III. NAME AND ADDRESS OF INDIVIDUAL(S) YOU ALLEGE VIOLATED YOUR CONSTITUTIONAL RIGHTS.

NAME                                   ADDRESS
1. Corizon Health Care,           Easterling Corr. Fac.
2. Doctor: Mr. Darbouze,          Easterling Corr. Fac.
3. Warden: Mr. Walter Myers,      Easterling Corr. Fac.
4. R.N. Nurse: Ms. Wilson,        Easterling Corr. Fac.
5. R.N. Nurse: Ms. Payne,         Easterling Corr. Fac.
6. _____

IV. THE DATE UPON WHICH SAID VIOLATION OCCURRED Since July 2015, and September 2016, until the Present Day

V. STATE BRIEFLY THE GROUNDS ON WHICH YOU BASE YOUR ALLEGATION THAT YOUR CONSTITUTIONAL RIGHTS ARE BEING VIOLATED:

GROUND ONE: Defendants All Knowingly And refused to treat and address the Plaintiff Medical Needs inadequate medical care, under violation of the Eighth Amendment of U.S.C. rights, the Plaintiff Mr. Ronald Vincent Williams, true name and identity has not been recognized as he is that of Ronald Vincent Williams, being denied his true medical history since he arrived here at Easterling Corr. Fac. July 8th 2015. None Chronic Care, Nor Mental Health

STATE BRIEFLY THE FACTS WHICH SUPPORT THIS GROUND. (State as best you can the time, place and manner and person involved.)

On Sept. 8th, 2016 regested requestee for medical treatments for an infection on the Plaintiff- Private Part rightside of Personal Part, denied complete treatments, and Medical grievance were filed on Sept. 18th, 2016, and the Plaintiff filed complaints written to defendant Mr. Myers, and the ~~Brances~~ Tindl Agency

GROUND TWO: Defendants exercised deliberate indifference to Mr. Williams health and safety and now bleeding becoming a major problem proceeding from the Plaintiff Colon.

SUPPORTING FACTS: The Plaintiff received only a cream for the colon bleeding and here there after, all medical grievance sent to R.N. Nurses: Ms. Wilson, and Ms. Payne, both nurse and Doctor: Mr. Darbouze, Members of the Corizon health care Provider, All "Acting" under color of state law." The Plaintiff Colon is "now still bleeding and worsen.

GROUND THREE: Defendants: Doctor: Mr. Darbouze, exerciced deliberate indifference, by failing to provide the Plaintiff with adequate medical care, knowingly and Mr. Myers.

SUPPORTING FACTS: On 11-20-16, the Plaintiff Mr. Williams did receive a cream for his bleeding colon for a few days. Walter Myers, the warden; did receive a sworn affidavit concerning Mr. Williams bleeding colon and the Plaintiff spoken to defendant Mr. Myers face to face on 2-21-17, about the bleeding and responed he would address the medical problems before the health care unite exerciced deliberate indifference by continuing to deny the Plaintiff Mr. Williams, necessary medical needs.
On Jan. 30, 2017 Dr. Darbouze forced Mr. Williams to perform an hemocult, on himself, and on Jan. 31, 2017, a nurse performed lab work by way of blood taken from the backside of the Plaintiff right hand ___ Cont. 2 ___

VI. STATE BRIEFLY EXACTLY WHAT YOU WANT THE COURT TO DO FOR YOU. MAKE NO LEGAL ARGUMENT. CITE NO CASES OR STATUTES.

Requests that this Court Please, Grant an Transfer also 'Award the Amount of Ten Thousand U.S.C. to be Awarded to the Plaintiff, Mr. Ronald Vincent Williams' Each Named defendant' all in their individual and official Capacities' the Plaintiff do Pray, Thank You,

_Ronald Vincent Williams_
Signature of plaintiff(s)

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  March 14th 2017,
            (Date)

_Ronald Vincent Williams_
Signature of plaintiff(s)   #239436

From: Ronald Vincent Williams, # 234436
EASTERLING CORRECTIONAL FACILITY
200 WALLACE DRIVE
CLIO, ALABAMA 36017 — Dorm - H-2-35-B,

Legal Mail

"This correspondence is forwarded from an Alabama State Prison. The contents have not been evaluated, and the Alabama Department of Corrections is not responsible for the substance or content of the enclosed communication."

To: The Court Clerk's Office
In The United States District Court
In The Middle District of Alabama
One Church Street Suite B-110
Montgomery, Alabama 36104-4018