IN THE UNITED STATES DISTRICT COURT
Dated 4-4-17, For THE Middle District Of Alabama
Northern Division

Ronald Vincent Williams #239496
U.S.      Plaintiff
Corizon Health Care, Et.. Al.,
          Defendants

Civil Action No:
2:17-cv-00146

RECEIVED 2017 APR -7 P 1:01 DEBRA P. HACKETT CLK U.S. DISTRICT COURT MIDDLE DISTRICT ALA

## Motion

The Plaintiff Now Motion THE Court To Amend Relevant Information In THE Form Of Exhibits, THE Plaintiff Wishes That THE Court Allow Him To Submitt Into As Exhibits In Support Of THE Plaintiff Claims. Under Rule 7.[A], Federal Rules of Civil Procedure. Under Rule 7.[B][1], Federal Rules of Civil Procedure. Under Rule 10.[A], Federal Rules Of Civil Procedure. Requesting To Submitt Other Papers THE Plaintiff Comes Now, THE Plaintiff Ronald Vincent Williams, in the Above styled Causes Pro/se, in and on his own behalf. For good Causes;

1. THE Plaintiff Mr. Williams, Motion the Court requesting to allow him to submitt relevant Exhibits showing that the defendants knew of the Plaintiff illness and his illness has truly worsen the defendants knowingly denied the Plaintiff necessary medical treatment for an serious medical needs for months the Plaintiff continue to make medical complaints come un-answer concerning the bleeding from his colon could have been caused by defendant dr. Doubouze hand doing an routine colon test for colon cancer since the First of September 2016.

Con_t 2.

2.

IN THE UNITED STATES DISTRICT COURT
For The Middle District Of Alabama
Northern Division

Dated 4-4-17

2. THE Plaintiff Ronald Vincent Williams' views these Acts and actions of Deliberate Indifference, Cruel and Unusual Punishment In The form of Retaliation do to the many complaints and concerns, concerning the Plaintiff Ronald Vincent Williams, true name and identity also his correct medical history. The Plaintiff medical Files have been removed and replaced with someone else medical history and treatment, someone who is under chronic care and mental health and these fraudulent claims have been placed upon the Plaintiff Ronald Vincent Williams' since he arrived here at Easterling July 8th. 2013 under the care of defendants Mr. Darbouze, Mr. Wilson, also Mrs. Payne, fraudulent claims for Profits.

3. The Defendants filed those fraudulent claims under an Ronnie Williams, And now the Plaintiff Ronald Vincent Williams, cannot and will not trust' above named defendants Mr. Darbouze, Mr. Wilson, Mrs. Payne, to make sure that the Plaintiff Ronald Vincent Williams receive the correct medical treatment or the sufficient treatments' do to Past acts and actions toward the Plaintiff because of Past medical grievances toward Corizon health care members. The Plaintiff Mr. Williams' fear now taking any treatment recommended by any of the named defendants.

— Count 3. —

e.
In The United States District Court
Dated 4-4-17 For The Middle District Of Alabama.
Northern Division

The Plaintiff Ronald Vincent Williams, Motion the court to grant his, Motion to submitt other Papers in the form of Exhibits under Rule 7.b.1. Federal Rules Of Civil Procedure, the Plaintiff is Placing A true correct copies of Exhibits before the court clerk and defendants Attorney.

Exhibits

The Plaintiff Ronald Vincent Williams' received these and other Exhibits doing a Past Medical complaints And those then named defendants submitted copies of the following Exhibits claiming they belongs to the Plaintiff Ronald Vincent Williams, but not belonging to the Plaintiff but an Ronnie Williams, A.I.S. 124453, Medical Files and Medical history following the Plaintiff Ronald Vincent Williams A.I.S. #239426.

1. Exhibit A, One of 72 Pages, of Exhibits now submitted as Exhibit by the Plaintiff Exhibit A, is Acknowledging the Medical history belonging to A Ronnie Williams the now defendants claims is the history of the Plaintiff Ronald Vincent Williams Fraudulent claims filed.

2. Exhibit B, Medical treatments the defendants claiming to belonging to the Plaintiff Ronald Vincent Williams #239426. Defendants: Mr. Darbouze, Ms. Wilson, Ms. Payne, All Continuing to file fraudulent Medical claims upon the Plaintiff in the same form, And continuing to deny the needed medical treatment for bleeding colon, Knowingly.

— Con. t. 4 —

In The United States District Court
For The Middle District of Alabama.
Northern Division

Dated 4-4-17

I hereby certify the foregoing is true and correct Penalty of Perjury. Executed at Clio, AL. 4-4-17
Statement is verified under 28 U.S.C. 1746.
Signed Ronald Vincent Williams  # 239436

Certificate Of Service

To: The Court Clerk; In The United States District Court
For The Middle District Of Alabama.
One Church St. Suite B-110,
Montgomery, AL. 36104-4018

To: The Defendants Attorney: Philip G. Piggott,
100 Brookwood Place 7th Floor
P.O. Box 59 8512 - Birmingham AL. 35259-8512

From: Dated 4-4-17, And Respectfully Submitted
# 239436
Ronald Vincent Williams
Easterling Corr. Fac.
200 Wallace Dr. Clio. AL. 36017.

Submitted Exhibits by the Plaintiff Ronald V. Williams.
Exhibit A. Transfer and Receiving Screening Form
Exhibit B. Medical Treatment
Exhibit C. Medical Grievances 4 Pages - Medical Fees, No Medical Service Given.
Exhibit D. Health Care Services Communication Form - The Plaintiff were forced to proform an Hemocult x1 on 1-30-17, on himself bleeding colon test.

RONALD VINCENT WILLIAMS 234426
EASTERLING CORRECTIONAL FACILITY
200 WALLACE DRIVE
CLIO, ALABAMA 36017 _ Dorm_ M-2-25 B,



To: The Court Clerk:
In The United States District Court
For The Middle District Of Alabama
One Church Street_ Suite B-110,
Montgomery, Alabama 36104-4018

"This correspondence is forwarded from an Alabama State Prison. The contents have not been evaluated, and the Alabama Department of Corrections is not responsible for the substance or content of the enclosed communication."