IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

RONALD VINCENT WILLIAMS, #239426,    )
                                     )
            Plaintiff,               )
                                     )
    v.                               )       CIVIL ACTION NO. 2:17-CV-146-WKW
                                     )
CORIZON HEALTH CARE, et al.,         )
                                     )
            Defendants.              )

## ORDER ON MOTION

Upon review of the document filed by the plaintiff on November 16, 2017 (Doc. No. 34), which the court construes as a motion to amend the complaint to present a claim challenging the manner in which correctional officials at J.O. Davis Correctional Facility and Fountain Correctional Facility recently handled his outgoing legal mail, it is

ORDERED that this motion be and is hereby DENIED.[1]

The plaintiff is advised that if he seeks to challenge the actions referenced in the motion to amend he may do so by filing a separate 42 U.S.C. § 1983 action with the United States District Court for the Southern District of Alabama.

DONE this 20th day of November, 2017.



/s/ Terry F. Moorer
UNITED STATES MAGISTRATE JUDGE

---

[1]The plaintiff is advised that the court received his first notice of change of address on October 12, 2017 (Doc. No. 31) and a subsequent motion for notification of change of address on November 6, 2017 (Doc. No. 32).